933 A.2d 930

IN THE MATTER OF THE ESTATE OF MADELINE
L. STOCKDALE(RONALD J. SOLLITTO—
PETITIONER).

April 19, 2007.

Granted.